# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DAVID B. TALUCCI,
a/k/a DAVE TALUCCI,
    Debtor

JACK N. ZAHAROPOULOS,
CHAPTER 13 TRUSTEE,
    Movant

    vs.

DAVID B. TALUCCI,
a/k/a DAVE TALUCCI,
    Respondent

: CHAPTER 13

: CASE NO. 1:26-bk-01220-HWV

## ORDER

Upon consideration of the Trustee's Motion to Dismiss Case for Failure to File Schedules, Statements or Plan, Doc. 12, and the hearing held on July 29, 2026, Doc. 28, for the reasons stated on the record, it is

ORDERED that the above-captioned bankruptcy case is DISMISSED.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 29, 2026