# Notice Recipients

District/Off: 0314–1      User: AutoDocketer      Date Created: 7/29/2026

Case: 1:26–bk–01220–HWV      Form ID: pdf010      Total: 24

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Jack N Zaharopoulos | info@pamd13trustee.com |
| aty | Gary J Imblum | gary.imblum@imblumlaw.com |
| aty | Joshua I Goldman | josh.goldman@padgettlawgroup.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | David B. Talucci | PO Box 58 Three Springs, PA 17264 |
| cr | MCLP Asset Company, Inc. | 6267 Old Water Oak Rd Suite 203 Tallahassee, FL 32312 UNITED STATES |
| 5799869 | Credit One Bank, N.A. | c/o Resurgent Capital Services PO Bxo 510090 Livonia, MI 48151 |
| 5799870 | Fulton County Medical Center | PO Box 5257 New York, NY 10008 |
| 5799871 | Huntingdon County Tax Claim Bureau | 233 Penn Street Huntingdon, PA 16652 |
| 5799867 | Internal Revenue Service | PO Box 7346 Philadelphia, PA 19101–7346 |
| 5799872 | JC Blair Memorial Hospital | 1225 Warm Springs Avenue Huntingdon, PA 16652 |
| 5799874 | KML Law Group PC | 701 Market Street, Suite 500 Philadelphia, PA 19106 |
| 5799873 | Keystone Credit Collections, Inc. | PO Box 686 Lock Haven, PA 17745 |
| 5810267 | LVNV Funding, LLC | Resurgent Capital Services PO Box 10587 Greenville, SC 29603–0587 |
| 5816483 | MCLP Asset Company, Inc., c/o | NewRez LLC dba Shellpoint Mortgage Servi PO Box 10826 Greenville, SC 29603–0826 |
| 5810896 | Midland Credit Management, Inc. | PO Box 2037 Warren, MI 48090 |
| 5799875 | NewRez | Attn: Bankruptcy PO Box 10826 Greenville, SC 29603 |
| 5799868 | PA Dept of Revenue | Attn: Bankruptcy Division Dept 280946 Harrisburg, PA 17128–0946 |
| 5799876 | Raystown Imaging | 1225 Warm Springs Avenue Huntingdon, PA 16652 |
| 5799877 | Revco Solutions, Inc. | PO Box 2589 Columbus, OH 43216 |
| 5799878 | Southern Huntingdon County Medical | PO Box 40 626 Water Street, Suite 1 Orbisonia, PA 17243 |
| 5799879 | Synchrony Bank | c/o Hayt, Hayt and Landau, LLC PO Box 500 Eatontown, NJ 07724 |
| 5799880 | Synchrony Bank | c/o Midland Credit Management 350 Camino De La Reina San Diego, CA 92108 |
| 5799881 | USAA Federal Savings Bank | PO Box 47504 San Antonio, TX 78265 |

TOTAL: 20